MICAH L'MINGGIO
Plaintiff,

v.

WEXFORD HEALTH,
CORIZON HEALTH, et al
Defendants,

No. 2:17-CV-00571-JRS-DLP

## Motion For Extension of Time

Come Now Plaintiff Micah L'minggio, pro se, and Request this court grant Plaintiff a 45 day extension of time to Respond to Defendants Motion For Summary Judgment. Plaintiff furthermore state.

1. Plaintiff have limited access to the law library.

2. The Amount of case Research Required will Require an insurmountable Amount of time and effort.

Respectfully Submitted
Micah L'minggio #198566
4/4/19